# First District Court of Appeal
## State of Florida

—————————————————

No. 1D18-987

—————————————————

Jose Luis Duran,

  Appellant,

  v.

State, Department of
Revenue, and Margarita
Gutierrez,

  Appellees.

—————————————————

On appeal from Florida Department of Revenue.
Ann Coffin, Director, Child Support Program.

February 21, 2019

Per Curiam.

  Affirmed.

B.L. Thomas, C.J., and Bilbrey and Jay, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Jose Luis Duran, pro se, Appellant.

Ashley B. Moody, Attorney General, Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.